**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARY HERMAN, | : | No. 618 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DONALD P. RUSSO, ESQ. D/B/A LAW | : | |
| OFFICES OF DONALD RUSSO, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 9th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Eakin and Justice Wecht did not participate in the consideration or decision of this matter.